AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| Christian Barcenas<br>*Plaintiff*<br><br>v.<br><br>Accounts Recovery Bureau, Inc.; and Does 1-10, inclusive<br>*Defendants* | Civil Action No. 13-6215 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendants' name and address)*   Accounts Recovery Bureau, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on Plaintiff or plaintiff's attorney, whose name and address are:

> Jody Burton, Esq.
> LEMBERG & ASSOCIATES L.L.C.
> 1100 Summer Street
> Stamford, CT 06905

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/27/13

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 13-6215

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Accounts Recovery Bureau, Inc.
was received by me on *(date)* 11-7-2013.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Michael Hyneman / Manager, who is designated by law to accept service of process on behalf of *(name of organization)* Accounts Recovery Bureau, Inc. on *(date)* 11-8-2013; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 11/8/2013

Server's signature

Chad Haltom
Printed name and title

Seagull Legal Services Inc.
PO Box 1706
Southampton, PA 18966

Server's address

Additional information regarding attempted service, etc: