<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| CHRISTIAN BARCENAS,          ) | |
|                              ) | |
|          Plaintiff           ) | Civil Action |
|                              ) | No. 13-cv-06215 |
|     v.                       ) | |
|                              ) | |
| ACCOUNTS RECOVERY BUREAU, INC. and ) | |
| and DOES 1-10, inclusive,    ) | |
|                              ) | |
|          Defendants          ) | |

<u>O R D E R</u>

NOW, this 4th day of December, 2013, upon consideration of Plaintiff's Unopposed Motion to Extend Answer Deadline, which motion was filed December 3, 2013; upon consideration of the attached Stipulation to Extend Time for Defendant, Accounts Recovery Bureau, Inc., to Respond to Complaint, which stipulation was presented November 26, 2013; it appearing that plaintiff agrees to extend defendant's time to respond to plaintiff's Complaint until January 3, 2014,

<u>IT IS ORDERED</u> that Plaintiff's Unopposed Motion to Extend Answer Deadline is granted.

<u>IT IS ORDERED</u> that the within stipulation is dismissed as moot.

IT IS FURTHER ORDERED that defendant Accounts Recovery Bureau, Inc. shall have until January 3, 2014 to file and serve its response to plaintiff's Complaint filed October 24, 2013.

BY THE COURT:

/s/ JAMES KNOLL GARDNER
James Knoll Gardner
United States District Judge