UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Christian Barcenas,<br><br>                    Plaintiff,<br>     v.<br><br>Accounts Recovery Bureau, Inc.; and DOES 1-10, inclusive,<br><br>                    Defendants. | :<br>:<br>:<br>:<br>:  Civil Action No.: 5:13-cv-06215-JKG<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: December 12, 2013

                                                                     Respectfully submitted,

                                                                     PLAINTIFF, Christian Barcenas

                                                                     _/s/ Jody B. Burton_

                                                                     Jody B. Burton, Esq.
                                                                     Bar No.: 71681
                                                                     **LEMBERG LAW, LLC**
                                                                     1100 Summer Street, 3rd Floor
                                                                     Stamford, CT 06905
                                                                     Telephone: (203) 653-2250
                                                                     Facsimile:  (203) 653-3424
                                                                     jburton@lemberglaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 12, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By  */s/ Jody B. Burton*
                                                  Jody B. Burton