**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Christian Barcenas, | Civil Action No.: 5:13-cv-06215-JKG |
| Plaintiff, | |
| v. | |
| Accounts Recovery Bureau, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
### PURSUANT TO RULE 41(a)

Christian Barcenas ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: December 23, 2013

                                              Respectfully submitted,

                                              PLAINTIFF, Christian Barcenas

                                              */s/ Jody B. Burton*
                                              Jody B. Burton, Esq.
                                              Bar No.: 71681
                                              LEMBERG LAW, LLC
                                              1100 Summer Street, 3rd Floor
                                              Stamford, CT 06905
                                              Telephone: (203) 653-2250
                                              Facsimile: (203) 653-3424
                                              Email: jburton@lemberglaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 23, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By  */s/ Jody B. Burton*
                                           Jody B. Burton